UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COUNTY OF HOPKINS, <br> Plaintiff, <br> <br> vs <br> <br> PURDUE PHARMA, L.P., ET AL., <br> Defendants. | ) <br> ) <br> ) <br> ) CASE NO. 4:17-cv-845 <br> ) <br> ) <br> ) |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff to move this Honorable Court to remand this matter to the 62nd District Court of Hopkins County, Texas, for the reasons set forth herein:

I.

On December 12, 2017, Plaintiff received notice of removal to the United States District Court for the Eastern District of Texas by Defendants Endo Heath Solutions Inc. and Endo Pharmaceuticals Inc.

II.

Plaintiff opposes removal and moves for remand back to the state court on the basis that this Court does not have subject matter jurisdiction over this matter. As more fully set forth in the accompanying Memorandum of Points and Authorities in Support, there is not complete diversity in this case because Plaintiff Hopkins County and two defendants in this case are Texas citizens.

**WHEREFORE**, Plaintiff respectfully requests that this matter be remanded to the 62nd District Court of Hopkins County, Texas.

Dated: December 14, 2017

Respectfully submitted,

**SIMON GREENSTONE PANATIER BARTLETT, P.C.**

*/s/Jeffrey B. Simon*
Jeffrey B. Simon
TX State Bar No. 00788420
Amy M. Carter
TX State Bar No. 24004580
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 fax
jsimon@sgpblaw.com
acarter@sgpblaw.com

**MARTIN WALKER, P.C.**
Jack Walker
TX State Bar No. 00785167
Reid Martin
TX State Bar No. 13098986
121 N. Spring Avenue
Tyler, Texas 75702
Tel: 903-526-1600
Fax: 903-595-0796
rmartin@martinwalkerlaw.com
jwalker@martinwalkerlaw.com

**SANDERS, MOTLEY, YOUNG & GALLARDO**
Roger D. Sanders
TX State Bar No. 17604700
111 S. Travis St.
Sherman, Texas 75090
Tel: 903-892-9133
Roger.sanders@somlaw.net

## CERTIFICATE OF CONFERENCE

I, Amy M. Carter, conferred with Hannah Sibiski, Counsel for Endo Health Solutions Inc., on December 14, 2017, and have made a reasonable effort to reach an agreement about Plaintiff's Motion to Remand. Counsel opposes the motion.

Therefore, this matter is presented to the Court for determination.

/s/Amy M Carter_____
Amy M. Carter, Attorney
Simon Greenstone Panatier Bartlett, P.C.
3232 McKinney Ave., Suite 610
Dallas, Texas 75204
(214)276-7680
(214)276-7699 – facsimile
acarter@sgpblaw.com

## CERTIFICATE OF SERVICE

I hereby certify on the 14th day of December, 2017, a copy of the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/Amy M. Carter*
Amy M. Carter